UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLEY R. CLINE,<br><br>           Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>           Defendant. | No.  CV-11-3079-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The decision of the Commissioner denying benefits is reversed.  The case is remanded to the Commissioner to determine the appropriate award of benefits.  Judgment is hereby entered in favor of Plaintiff Ashley R. Cline.

DATED:  July 15, 2013

SEAN F. McAVOY
Clerk of Court

By: *s/Penny Lamb*
           Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE